1  The Law Offices of JUDITH S. LELAND
   A Professional Law Corporation
2  8345 E. Firestone Blvd., Suite 300
   Downey, CA 90241
3  (562) 904-6955 (562) 904-6965 Fax
   JUDITH S. LELAND (State Bar No: 63747)
4  E-mail: tracey@disabilitylawfirm.com

5  Attorney for Plaintiff

6

7

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11  CLAUDIA MARTINEZ,                    )
                                         )   CIVIL NO. CV 08-7665 (FFM)
12        Plaintiff,                     )
                                         )
13        v.                             )   [PROPOSED] ORDER AWARDING
                                         )   EQUAL ACCESS TO JUSTICE ACT
14  MICHAEL J. ASTRUE,                   )   ATTORNEY FEES PURSUANT TO
    Commissioner of Social Security,     )   28 U.S.C. § 2412(d)
15                                       )
          Defendant.                     )
16  _____ )
                                         )
17
          Based upon the parties' Stipulation for the Award and Payment of Equal Access to
18
    Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be
19
    awarded attorney fees under the EAJA in the amount of TWO THOUSAND EIGHT
20
    HUNDRED DOLLARS ($2,800.00), as authorized by 28 U.S.C. § 2412(d), subject to the
21
    terms of the above-referenced Stipulation.
22

23
    Dated: November 7, 2011            /S/ FREDERICK F. MUMM
24                                      FREDERICK F. MUMM
                                       United States Magistrate Judge
25

26

27

28